COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Elite Specialty Welding, LLC

Appellate case number:   01-18-00788-CV

Trial court case number:  2017-36068

Trial court:                      190th District Court of Harris County

The Court abated this original proceeding on January 7, 2019 pursuant to Rule 7.2 to permit the successor judge to reconsider the original decision challenged in this proceeding. Relator has filed a motion to reinstate the case. Relator attached to its motion a copy of the trial court's February 1, 2019 order agreeing with the predecessor judge's order denying relator's motion to dismiss for *forum non conveniens*.

The Court **grants** the motion and **reinstates** this case on the active docket.

It is so ORDERED.

Judge's signature: _____/s/ Justice Peter Kelly_____
                          ☑ Acting individually    ☐ Acting for the Court

Date:  _March 7, 2019__